IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARTY F. FINLEY            PLAINTIFF

VS.            CASE NO. 3:06CV00081 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

SO ADJUDGED this 18th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE